# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

FILED MAY 11 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br><br>MOHAMAD JAMAL KHWEIS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16mj213-JFA<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of December 2015 to March 14, 2016, in the extraterritorial jurisdiction of U.S. and in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| U.S.C Title 18 Section 2339B | Knowingly providing and knowingly, intentionally and unlawfully conspiring to provide material support and resources to a designated foreign terrorist organization. |

This criminal complaint is based on these facts:
Please see the attached affidavit

✓ Continued on the attached sheet.

Reviewed by AUSA and Trial Attorney:
Dennis M. Fitzpatrick, EDVA
Raj Parekh, DOJ NSD

*Complainant's signature*

FBI SA Victoria I. Martinez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 11, 2016

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

JOHN F. ANDERSON
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA
*Printed name and title*