AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | )  |
| v. | ) |
| MOHAMAD JAMAL KHWEIS | )  Case No. 1:16mj 213 · JFA |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHAL
2016 MAY 12  AM 8: 32
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

JUN - 9 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MOHAMAD JAMAL KHWEIS                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

U.S.C Title 18 Section 2339B Knowingly and intentionally combine, conspire, confederate, and agree to knowingly and unlawfully provide material support and resources to a foreign terrorist organization.

/s/

Date: 05/11/2016

John F. Anderson
United States Magistrate Judge

City and state:     Alexandria, VA

JOHN F. ANDERSON
Printed name and title
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

### Return

This warrant was received on *(date)*  5/12/2016 , and the person was arrested on *(date)*  6/8/2016
at *(city and state)*  Alexandria , VA .

Date:  6/9/2016

Arresting officer's signature

William H. Heenan  SA/FBI
Printed name and title